IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Alice L. Roseboro, | ) | C/A No. 0:10-3267-CMC-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Comporium Communications, *Rock Hill Telephone Co.*; Mary Graveley; Tiffany Thompson; Louise Ridinger; Frank Marshall; Glen McFadden; and Jeff Bushardt, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The plaintiff, Alice L. Roseboro ("Roseboro"), a self-represented litigant, filed this employment discrimination matter against the named defendants. This matter is before the court on the defendants' motion to compel. (ECF No. 44.)

The defendants initially served Roseboro with a subpoena and notice of deposition on July 18, 2011. (See Subpoena, ECF No. 44-1 at 3; Notice of Dep., ECF No. 44-1 at 4-5; Proof of Service, ECF No. 44-1 at 1.) Due to a repair issue with the conference room at the original noticed location, the defendants made arrangements for the deposition to be held at a new location and attempted to serve Roseboro on August 2, 2011 with a letter detailing the change in address. (Letter, ECF No. 44-5 at 1.) This service was refused by Roseboro. (See Bernard Aff. ¶¶ 7-10, ECF No. 44-2 at 1-2.) Roseboro failed to appear at either address for the scheduled deposition on August 4, 2011. (See Roseboro Dep. at 6:13-7:2, ECF No. 44-3 at 6-7.) Roseboro did not file a response to the defendants' motion and has presented no explanation for her failure to appear for her deposition.

The defendants now seek an order from the court compelling Roseboro to attend a deposition set for September 13, 2011. Upon review of the motion, it is hereby

**ORDERED** that the defendants' motion to compel is granted without opposition filed. It is further

**ORDERED** that Roseboro shall appear to testify at the deposition scheduled for <u>September 13, 2011</u>, at 9:00 a.m. at the Law Offices of James C. Hardin, III, 113 East Main Street, Suite 330, Rock Hill, South Carolina. Roseboro is also directed to bring to the deposition any and all documents of any nature whatsoever relating to or concerning this matter and the claims made in the Complaint against the named defendants. **Failure to comply may result in contempt of court and/or other sanctions, including but not limited to dismissal of the Complaint, pursuant to Rule 37(d) (incorporating the sanctions listed in Rule 37(b)(2)(A)(i)-(vi)) of the Federal Rules of Civil Procedure.**

IT IS SO ORDERED.

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

August 26, 2011
Columbia, South Carolina